**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KENNETH JOHANSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EFINANCIAL LLC,<br><br>Defendant. | NO. 2:20-cv-01351<br><br>DEFENDANT'S ANSWER TO COMPLAINT |

### DEFENDANT EFINANCIAL LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

For its Answer and Affirmative Defenses to Plaintiff Kenneth Johansen's ("Plaintiff") Complaint, Defendant Efinancial LLC ("Efinancial"), admits, denies, and alleges as follows in response to the Complaint's numbered paragraphs.

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

## I. NATURE OF ACTION

1. eFinancial provides life insurance coverage to consumers on behalf of well-reputed insurance companies.

**ANSWER:** Efinancial admits the allegations of this paragraph.

2. eFinancial solicits life insurance sales using its own agents and through external agents and agencies who function as eFinancial partners.

**ANSWER:** Efinancial denies the allegations of this paragraph.

3. eFinancial supplies its partners with a back-end system that provides insurance quotes from eFinancial-affiliated companies, underwriting services, application reviews, tracking of the medical exam process, confirmation that policies have been issued, and general customer support for consumers to whom the partners sell insurance plans.[1]

**ANSWER:** Efinancial admits the allegations of this paragraph.

4. In order to solicit business from new consumers, eFinancial engages in unsolicited telemarketing using an autodialer, including calls to consumers who have their phone numbers registered with the Do Not Call Registry ("DNC").

**ANSWER:** Efinancial denies the allegations of this paragraph.

5. eFinancial benefits directly from the illegal practices it employs and profits from every sale made through illegal consumer calls.

**ANSWER:** Efinancial denies the allegations of this paragraph.

6. In Plaintiff's case, eFinancial made two unsolicited calls despite Plaintiff having his phone number registered with the DNC to prevent such calls.

**ANSWER:** Efinancial denies the allegations of this paragraph.

7. These calls occurred despite the Plaintiff's explicit request to eFinancial in 2015 that eFinancial no longer call him.

---

[1] htttps://www.eFinancial.com/eindpendent/case-management/

- 2 -

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

**ANSWER:** Efinancial denies the allegations of this paragraph.

8. Plaintiff now files this lawsuit seeking injunctive relief, requiring eFinancial to cease placing unsolicited calls to residential telephone numbers registered on the DNC, as well as an award of statutory damages and costs to Class members.

**ANSWER:** Efinancial admits Plaintiff has filed the instant lawsuit. Efinancial denies the allegations in this paragraph to the extent that they allege Efinancial acted improperly in any way.

## II. JURISDICTION AND VENUE

9. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

**ANSWER:** The allegations of this paragraph contain legal conclusions to which no response is required. To the extent a response is required, Efinancial denies the allegations in this paragraph.

10. This Court has personal jurisdiction over eFinancial, and venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant eFinancial resides in this District.

**ANSWER:** Efinancial admits that it resides in this District. The remaining allegations of this paragraph contain legal conclusions to which no response is required. To the extent a response is required, Efinancial denies the allegations in this paragraph.

## III. PARTIES

11. Plaintiff Kenneth Johansen resides in Ohio.

**ANSWER:** Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

12. Defendant eFinancial is a Washington limited liability company.

**ANSWER:** Efinancial admits the allegations of this paragraph.

## IV. FACTUAL ALLEGATIONS

13. Plaintiff's telephone number, (XXX) XXX-1037, is a non-commercial telephone number not associated with any business.

- 3 -

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

**ANSWER:** Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

14. Plaintiff's telephone number, (XXX) XXX-1037, is used for personal residential purposes only.

**ANSWER:** Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

15. Plaintiff has not been an eFinancial customer or subscriber at any time and never consented to receive calls from eFinancial.

**ANSWER:** Efinancial denies the allegations of this paragraph.

16. In fact, following prior telemarketing contacts, Plaintiff informed eFinancial, through its employee Michael Bowcok, that eFinancial should no longer make telemarketing calls to him.

**ANSWER:** At this time, Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

17. Despite this, the Plaintiff received solicitation calls from eFinancial on April 6 and April 7, 2020.

**ANSWER:** At this time, Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

18. During these calls, agents of eFinancial offered services to Plaintiff.

**ANSWER:** At this time, Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

19. On the April 7, 2020 call, the caller identified herself as Tina Mandat.

**ANSWER:** At this time, Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

20. Ms. Mandat stated that her company was eFinancial.

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

**ANSWER:** At this time, Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

21.    Plaintiff was not interested and had not requested information regarding those products.

**ANSWER:** At this time, Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

22.    In fact, the call in 2015 and the calls in 2020 all came from the same Caller ID number.

**ANSWER:** Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

23.    That Caller ID number is (614) 723-9346.

**ANSWER:** At this time, Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

24.    Individuals have complained about receiving insurance calls from this number. See https://www.whocalledme.com/PhoneNumber/614-723-9346  (Last Visited August 20, 2020).

**ANSWER:** Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

## V. CLASS ACTION ALLEGATIONS

25.    Plaintiff brings this action pursuant to Federal Rule of Civil Procedure 23(b)(2) and Rule 23(b)(3) on behalf of himself and all others similarly situated and seeks certification of the following class:

> **Do Not Call Registry Class**: All persons in the United States who from four years prior to the filing of this action (1) Defendant, or an agent on their behalf, called promoting their goods or services (2) on the person's residential telephone number, (3) two or more times during any twelve month period, and (4) for whom either Defendant claims (a) it obtained prior express written consent in the same manner as either Defendant claims it obtained prior express written consent to call Plaintiff, or (b) the Defendant did not obtain prior express written consent.

- 5 -

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

**ANSWER:** Efinancial admits that Plaintiff purports to bring this action as a class action on behalf of the class defined in this paragraph. Efinancial denies the remaining allegations in this paragraph.

26. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendant have been fully and finally adjudicated and/or released. Plaintiff anticipates the need to amend the Class definitions following appropriate discovery.

**ANSWER:** Efinancial admits that Plaintiff purports to bring this action as a class action excluding the individuals in this paragraph. Efinancial denies the remaining allegations in this paragraph.

27. **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable.

**ANSWER:** Efinancial denies the allegations of this paragraph.

28. **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

    (a) whether eFinancial systematically made multiple telephone calls to Plaintiff and other consumers whose telephone numbers were registered with the DNC;

    (b) whether eFinancial made calls to Plaintiff and other consumers without first obtaining prior express written consent to make the calls;

    (c) whether eFinancial's conduct constitutes a violation of the TCPA; and

    (d) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

1  **ANSWER:** Efinancial denies the allegations of this paragraph.

2  29. **Adequate Representation**: Plaintiff will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff nor his counsel has any interest adverse to the Class.

**ANSWER:** Efinancial lacks sufficient knowledge or information to form a belief as to the allegations of this paragraph and therefore denies these allegations.

30. **Appropriateness**: This class action is also appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**ANSWER:** Efinancial denies the allegations of this paragraph.

### FIRST CAUSE OF ACTION
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff and the Do Not Call Registry Class)**

- 7 -

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

31. Plaintiff repeats and realleges the paragraphs of this Complaint and incorporates them by reference herein.

**ANSWER:** Efinancial repeats and re-alleges every answer to the paragraphs above as if fully set forth herein.

32. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

**ANSWER:** 47 C.F.R. § 64.1200(c) speaks for itself and is the best evidence of its content. The allegations of this paragraph are apparently based on 47 C.F.R. § 64.1200(c). Therefore, Efinancial denies any allegations that are inconsistent with 47 C.F.R. § 64.1200(c).

33. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

**ANSWER:** 47 U.S.C. § 227(c) speaks for itself and is the best evidence of its content. The allegations of this paragraph are apparently based on 47 U.S.C. § 227(c). Therefore, Efinancial denies any allegations that are inconsistent with 47 U.S.C. § 227(c).

34. Defendant eFinancial violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff and the DNC Registry Class members who registered their respective telephone numbers on the DNC Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

**ANSWER:** Efinancial denies the allegations of this paragraph.

- 8 -
Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

35. Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff and the DNC Class received more than one telephone call in a 12-month period made by or on behalf of Defendant in violation of 47 C.F.R. § 64.1200, as described above. As a result of Defendant's conduct as alleged herein, Plaintiff and the DNC Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, *inter alia*, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

**ANSWER:** Efinancial denies the allegations of this paragraph.

36. To the extent Defendant' misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

**ANSWER:** Efinancial denies the allegations of this paragraph.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing his attorneys as Class Counsel;

b) An award of actual and/or statutory damages to be paid into a common fund for the benefit of Plaintiff and the Class;

c) An order declaring that Defendant's actions violated the TCPA;

d) An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

**ANSWER:** Efinancial denies Plaintiff is entitled to the requested relief.

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial.

**ANSWER:** Efinancial admits Plaintiff seeks a trial by jury.

- 9 -
Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

# AFFIRMATIVE AND OTHER DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiff, Efinancial asserts the following affirmative defenses to the Complaint.

1. The Complaint fails to state a claim upon which relief may be granted.

2. Plaintiff lacks standing to assert the claims in the Complaint.

3. Plaintiff lacks any good faith basis for asserting claims against Efinancial because Plaintiff has not and cannot allege that any act or omission on the part of Efinancial resulted in a violation of the statutes referenced in the Complaint.

5. Plaintiff's claims against Efinancial are barred because Plaintiff invited the conduct upon which he asserts his claims.

6. Plaintiff's claims against Efinancial are barred because Plaintiff consented to the conduct complained of in the Complaint.

7. Plaintiff has not – and cannot – allege that Efinancial is directly or vicariously liable under the TCPA for any calls placed to Plaintiffs.

8. Efinancial has established and implemented written procedures to comply with the applicable do-not-call rules.

9. Plaintiff's claims against Efinancial are barred because Plaintiff has suffered no damages as a result of the alleged conduct.

10. Plaintiff's claim for treble damages is barred because Efinancial did not engage in any knowing or willful misconduct.

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

11. Plaintiff's claims are barred in whole or in part because any damage, injury, violation of law, or wrongdoing alleged in the Complaint was caused by third parties' actions for which Efinancial cannot be held liable.

12. Plaintiff's claims against Efinancial are barred to the extent that recovery from Efinancial would result in the unjust enrichment of Plaintiff.

13. Plaintiff's claims are barred under the doctrine of estoppel.

14. Plaintiff's claims are barred under the doctrine of laches.

15. Efinancial alleges that its actions, conduct and dealings were lawful as authorized by applicable state and federal statutes, rules and regulations, and such actions and conduct were carried out in good faith and for legitimate business purposes. If Efinancial's employees or agents acted in any manner that would constitute a violation of any laws, if any such violation occurred, it occurred outside the scope of employment or agency and without the consent of Efinancial.

16. Plaintiff's Complaint is barred because he cannot satisfy all requirements for maintaining a class action under Federal Rule of Civil Procedure 23.

17. Plaintiff, and those he purports to represent, seek an award of statutory damages under 47 U.S.C. § 227 that would violate the due process rights afforded to Efinancial under the United States Constitution.

18. To the extent Plaintiff sustained damages in this matter, which Efinancial specifically denies, then said damages were caused by the conduct of other entities or parties over whom Efinancial had no control or right of control and Efinancial did not proximately cause any damages to Plaintiff.

- 11 -
Answer to Complaint, Case No. 2:20-cv-01351

ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

19. Efinancial opposes class certification and disputes the propriety of class treatment. If the Court certifies a class in this case over Efinancial's objections, Efinancial asserts the defenses set forth herein against each and every member of the certified class.

**Additional Affirmative and Other Defenses**

Efinancial reserves the right to assert and rely upon additional separate defenses that become available or apparent through discovery, development of the case, or otherwise. Efinancial expressly reserves the right to amend its Answer to the Complaint to assert all such separate defenses.

**PRAYER FOR RELIEF**

WHEREFORE, Efinancial respectfully prays:

1. That the Complaint be dismissed with prejudice;

2. That judgment be entered in favor of Efinancial as to all counts of the Complaint;

3. That Efinancial be awarded its costs; and

4. That Efinancial be granted such other and further relief as the Court deems just and proper.

Date: October 29, 2020

/s/ *J. Andrew Howard*
J. Andrew Howard
Washington Bar No. 48900
**ALSTON & BIRD LLP**
333 South Hope Street
16th Floor
Los Angeles, California 90071-3004
Telephone: (213) 576-1000
Fax: (213) 576-1100
andy.howard@alston.com

- 12 -

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

1
2  *and*
3
   Terance A. Gonsalves (*pro hac vice* forthcoming)
4  **ALSTON & BIRD LLP**
   1201 W. Peachtree St. NW
5  Atlanta, Georgia 30309
   Telephone: (404) 881-7000
6  Facsimile: (404)) 881-7777
   terance.gonsalves@alston.com
7
   *Counsel for Defendant*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 13 -

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29th, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

*/s/ J. Andrew Howard*
J. Andrew Howard

Answer to Complaint, Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California
90071-3004
Telephone: (213) 576-1000