UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH JOHANSEN,

                Plaintiff,

    v.

EFINANCIAL LLC,

                Defendant.

CASE NO. 2:20-cv-01351-RAJ-BAT

**ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL CERTAIN SUMMARY JUDGMENT EXHIBITS**

    The Court GRANTS Defendant's unopposed motion to file under Seal. The Court finds: 1) Plaintiff's legitimate interest in ensuring the privacy of his personal identifying information and health information warrants the relief sought; 2) If this information is not sealed, Plaintiff could be exposed to some harm; and 3) While Defendant has filed redacted versions of the exhibits, Plaintiff's provision of this information plays a central role in Defendant's Motion for Summary Judgment. Accordingly, the Court ORDERS Defendant Efinancial LLC's Motion to Seal (Dkt.29) is GRANTED.

    DATED this 16th day of April, 2018.

                                                                    _____
                                                                  BRIAN A. TSUCHIDA
                                                                  United States Magistrate Judge