UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH JOHANSEN,

    Plaintiff,

v.

EFINANCIAL LLC,

    Defendant.

CASE NO. 2:20-cv-01351-RAJ-BAT

**ORDER GRANTING UNOPPOSED EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION**

Based on Plaintiff's unopposed motion (Dkt. 34), and for good cause shown, it is ORDERED that the motion (Dkt. 34) is granted; the extended briefing schedule for Defendant's motion for summary judgment (Dkt. 24) is as follows:

| Event | Current Deadline | Revised Deadline |
| --- | --- | --- |
| Response to motion for summary judgment | 5/7/2021 | **5/21/2021** |
| Reply to motion for summary judgment | 5/21/2021 | **6/4/2021** |
| Noting Date | 5/14/2021 | **6/4/2021** |

DATED this 10th day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge