# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH JOHANSEN,<br><br>                    Plaintiff,<br>    v.<br><br>EFINANCIAL LLC,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-01351-RAJ-BAT |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved.  Defendant EFinancial LLC's motion for summary judgment (Dkt. 24) is **GRANTED**; Plaintiff's claims against EFinancial LLC are **dismissed with prejudice.**

Dated this _____ day of _____, 2021.

WILLIAM M. MCCOOL
Clerk of Court

_____
Deputy Clerk
