The Honorable Brian A. Tsuchida

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KENNETH JOHANSEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>EFINANCIAL LLC,<br><br>    Defendant. | No. 2:20-cv-01351<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Defendant's Notice of
Supplemental Authority,
Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000

Defendant Efinancial LLC ("Efinancial") files the following supplemental authority in support of its Motion for Summary Judgment (Dkt. 24) and respectfully requests that this Court consider this supplemental authority. *Johansen v. Bluegreen Vacations Unlimited, Inc.,* Case No. 20-81076, Order, Dkt. 95 (S.D. Fla. Sept. 30, 2021), attached as Exhibit A, involves the same Plaintiff as the instant litigation. There, the Court denied class certification based in part on Plaintiff's admission that he used deceitful conduct in TCPA cases, including posing as an interested customer in conversations with defendants. *Johansen*, Case No. 20-81076, Order, Dkt. 95 at p. 10. The Court noted it had "serious concerns about the Plaintiff's credibility, honesty, trustworthiness, and motives in bringing forth this putative class action." *Id*. at p. 11.

WHEREFORE, Efinancial respectfully requests that this Court consider this supplemental authority.

Date: October 14, 2021

*/s/ Terance A. Gonsalves*
Terance A. Gonsalves (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree St. NW
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404)) 881-7777
terance.gonsalves@alston.com

Matthew S. Adams
**FORSBERG & UMLAUF, P.S.**
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
206-346-3945

*Counsel for Defendant Efinancial LLC*

1

Defendant's Notice of
Supplemental Authority,
Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/ *Terance A. Gonsalves*
Terance A. Gonsalves

2

Defendant's Notice of
Supplemental Authority,
Case No. 2:20-cv-01351

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000