# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH JOHANSEN,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>EFINANCIAL LLC,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-01351-DGE-<br><br>BAT |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　　The Report and Recommendation is adopted and approved. Defendant EFinancial LLC's motion for summary judgment (Dkt. 24) is **GRANTED**; Plaintiff's claims against EFinancial LLC are **dismissed with prejudice.**

　　　Dated this 18th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　 s/Stefan Prater
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk